**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **PATRICK WILLIAMS,** ) | 1:07-CV-1345-LJO WMW HC |
| ) | |
| Petitioner, ) | **ORDER DISMISSING** |
| ) | **PETITION WITHOUT** |
| vs. ) | **PREJUDICE** |
| ) | |
| **GOVERNMENT CLAIMS BOARD, et al.,** ) | |
| ) | |
| Respondent. ) | |

    Petitioner is a state prisoner proceeding pro se on a petition for writ of habeas corpus pursuant to 28 U.S.C. Section 2254.  This court may entertain a petition for writ of habeas corpus "in behalf of a person in custody pursuant to the judgment of a State court only on the ground that he is in custody in violation of the Constitution or laws or treaties of the United States." 28 U.S.C. § 2254(a). A habeas corpus petition is the correct method for a prisoner to challenge "the very fact or duration of his confinement," and where "the relief he seeks is a determination that he is entitled to immediate release or a speedier release from that

1 imprisonment." <u>Preiser v. Rodriguez</u>, 411 U.S. 475, 489 (1973).  In contrast, a civil rights
2 action pursuant to 42 U.S.C. § 1983 is the proper method for a prisoner to challenge the
3 conditions of that confinement.   In this case, Petitioner bases his claim on the medical care he
4 received while incarcerated snf expressly states that jurisdiction is based on 42 U.S.C.  The
5 court finds, therefore, that Petitioner is not challenging his conviction, but rather is
6 challenging prison conditions.   Accordingly, the proper vehicle for Petitioner to pursue his
7 claims is through a civil rights action pursuant to 42 U.S.C. § 1983.

   Based on the above, IT IS HEREBY ORDERED as follows:

1) The petition for writ of habeas corpus is DISMISSED without prejudice to Petitioner's right to file an appropriate civil rights action; and

2) The Clerk of the Court is directed to enter judgment for Respondent and to close this case.

IT IS SO ORDERED.

**Dated:   November 29, 2007**              /s/ Lawrence J. O'Neill
                                          UNITED STATES DISTRICT JUDGE